# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Douglas Hebert,<br><br>        Plaintiff,<br>    vs.<br><br>Master Financial Group, Inc.; Al Wickliffe,<br><br>        Defendants. | No. CV13-00801-PHX DGC<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

Pursuant to stipulation of the parties (Doc. 28) and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, through counsel, stipulate and agree that this action be dismissed with prejudice, each party to bear their own costs and attorneys' fees.

DATED this 9th day of December, 2013.

*/s/ David G. Campbell*
_____
David G. Campbell
United States District Judge